UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                                                              No. 14-mj-00091-01-DL

SHAYNE PARKER

## ASSENTED TO MOTION TO DISMISS

The United States of America, by John P. Kacavas, United States Attorney for the District of New Hampshire, and pursuant to Rule 48, Fed. R. Crim. P., hereby moves to dismiss, without prejudice, the United States' Complaint against defendant.

No memorandum of law is necessary to the resolution of the issue raised herein.

The defendant concurs with the relief requested in this motion.

                                        JOHN P. KACAVAS
                                        United States Attorney

                                        By: /s/Debra M. Walsh
                                        Debra M. Walsh
                                        Assistant U.S. Attorney
                                        N.Y. Bar No. 2369627
                                        55 Pleasant Street
                                        Concord, N.H.
                                        (603) 225-1552
Dated: May 14, 2014                    Deb.walsh@usdoj.gov

CERTIFICATE OF SERVICE

      I, Debra M. Walsh, hereby certify that a copy of this motion has been served electronically on Donald A. Kennedy, Esquire, 78 West Merrimack Street, Manchester, NH 03101, counsel for defendant on May 14, 2014.

/s/Debra M. Walsh
Debra M. Walsh
Assistant U.S. Attorney